IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT,
IN AND FOR ORANGE COUNTY, FLORIDA

ALBERTO SILVA
et al.,

      Plaintiffs,

v.                                         Case No. 2022-CA-002875-O

FLORIDA TECHNICAL
COLLEGE, INC., et al.,

      Defendants.
_____/

## DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL COURT

      Defendants Florida Technical College, Inc., National College of Business and Technology Company, Inc. d/b/a NUC University and Viviana Coronell,[1] hereby give notice that Defendants have removed this action from this Court to the United States District Court for the Middle District of Florida in accordance with 28 U.S.C. §§ 1441 and 1446.  Attached as Exhibit "A" is a copy of the Notice of Removal that has been filed with the Clerk of the United States District Court for the Middle District of Florida.

                                                                */s/ Suzanne E. Gilbert*
                                                                Suzanne E. Gilbert, Esq.
                                                                Florida Bar No. 94048
                                                                suzanne.gilbert@hklaw.com
                                                                Garrison M. Cohen, Esq.
                                                                Florida Bar No. 1002390
                                                                garrison.cohen@hklaw.com
                                                               HOLLAND & KNIGHT LLP
                                                               200 S. Orange Ave., Suite 2600
                                                               Orlando, FL 32801

---

[1] Plaintiffs misspelled the name of Viviana Coronell as "Vivian" Coronell.

(407) 425-8500
*Counsel for Defendants*

and

**BOB L. HARRIS, ESQ.**
Florida Bar No: 460109
**JAMES J. DEAN, ESQ.**
Florida Bar No. 832121
**MESSER CAPARELLO, P.A.**
Post Office Box 15579
Tallahassee, FL 32317
Telephone:  (850) 222-0720
Facsimile:   (850) 558-0662
Primary E-Mail:
bharris@lawfla.com
jdean@lawfla.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed through the Clerk of Court for Orange County, Florida this 6th day of May, 2022 using Florida's E-Portal filing system, which will electronically serve all parties of record.

/s/ *Suzanne E. Gilbert*
Suzanne E. Gilbert, Esq.