## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

### CASE NO. 6:22-cv-00860

ALBERTO SILVA and MICHAEL ROBERSON,
individually and on behalf of all others similarly situated,          **CLASS ACTION**

      Plaintiffs,                                           **JURY TRIAL DEMANDED**

v.

FLORIDA TECHNICAL COLLEGE, INC.,
NATIONAL COLLEGE OF BUSINESS AND
TECHNOLOGY COMPANY, INC. d/b/a NUC UNIVERSITY,
JAMES M. BURKETT, and VIVIAN CORONELL,

      Defendants.
_____/

### STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiffs Alberto Silva and Michael Roberson, and Defendant Viviana

Coronell[1], pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate

to the dismissal <u>without</u> prejudice as to Plaintiffs' claims against Defendant Viviana

Coronell <u>only</u>, with each party to bear their own fees and costs. Plaintiffs intend to

pursue their claims against all remaining Defendants.

---

[1] Defendant, Viviana Coronell's name was misspelled in the First Amended Complaint as
Vivian Coronell.

Dated: October 5, 2022

Respectfully submitted,

By:   **HIRALDO P.A.**                          **By: HOLLAND & KNIGHT LLP**

/s/ *Manuel S. Hiraldo*                          /s/ *Suzanne E. Gilbert*
Manuel Hiraldo, Esq.                             Suzanne E. Gilbert, Esq.
Florida Bar No. 030380                           Florida Bar No. 094048
401 E. Las Olas Blvd., Suite 1400                200 South Orange Ave., Suite 2600
Fort Lauderdale, FL 33301                        Orlando, FL 32801
mhiraldo@hiraldolaw.com                          suzanne.gilbert@hklaw.com
Telephone: 954-400-4713                          Telephone: 407-244-1142

2